**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN D. DICENSO, | ) | CASE NO. 4:12cv1113 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| | ) | |
| RESPONDENTS. | ) | |

      Petitioner John D. DiCenso filed this habeas corpus action on May 4, 2012. On May 10, 2012, Petitioner filed a Motion to Withdraw Application, indicating the issue raised in the Petition is moot. For good cause shown, the Motion to Withdraw Application is **GRANTED**, and this case is **DISMISSED with prejudice**.

      **IT IS SO ORDERED**.

Dated: June 1, 2012

                                                   **HONORABLE SARA LIOI**
                                                   **UNITED STATES DISTRICT JUDGE**